NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALEX TORRES, DOC #T02261,                )
                                         )
     Appellant,                        )
                                         )
v.                                       )     Case No. 2D18-1363
                                         )
STATE OF FLORIDA,                        )
                                         )
     Appellee.                         )
_____  )

Opinion filed November 22, 2019.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard Sanders, Assistant Public
Defender, Bartow, for Appellant.

Carolyn Snurkowski, Associate Deputy
Attorney General, Tallahassee, and
Donna S. Koch, Assistant Attorney
General, Tampa, for Appellee.


PER CURIAM

        Alex Torres appeals from his amended sentence for first-degree murder

rendered after he was resentenced pursuant to this court's mandate in Torres v. State,

159 So. 3d 164 (Fla. 2d DCA 2015).  We affirm the amended sentence without

comment.  We note, however, that the sentencing court orally pronounced that the amended murder sentence would run concurrently with Mr. Torres's sentences for several other offenses, but the written amended sentence states that the sentences for those other offenses shall run consecutively to the murder sentence.  We therefore remand this matter with instructions for the sentencing court to render amended sentences that conform to its oral pronouncement.  See, e.g., Hios v. State, 586 So. 2d 510, 511 (Fla. 2d DCA 1991); Jones v. State, 575 So. 2d 309, 309 (Fla. 2d DCA 1991).

Affirmed; remanded with instructions.

KELLY, SALARIO, and ATKINSON, JJ., Concur.